

NUMBER 13-13-00491-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

STEPHEN WITCHER,
CHRISTOPHER LANDER
AND WINN TRAYLOR LANDER,                                  Appellants,

v.

2W MINERALS,                                             Appellee.

## On appeal from the 24th District Court
## of DeWitt County, Texas.

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

Appellants, Stephen Witcher, Christopher Lander and Winn Traylor Lander,

perfected an appeal from a judgment entered by the 24th District Court of De Witt County,

Texas, in cause number 11-05-21,898A.   Appellants have filed an unopposed motion to

dismiss the appeal with prejudice on grounds that all matters in controversy between them in this cause have been fully compromised and settled.

The Court, having considered the documents on file and appellants' motion to dismiss with prejudice, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
1st day of May, 2014.